**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KAMERON ROBERSON** **PLAINTIFF**
**ADC #180308**

**v.** **No. 3:25-cv-296-DPM**

**DOES** **DEFENDANTS**

**ORDER**

**1.** The Court withdraws the reference.

**2.** Roberson hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 September 2026